**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY ENGLISH,** | No. C-12-4828 TEH (PR) |
| Petitioner, | |
| v. | ORDER OF TRANSFER |
| **BRUNO STOLC, WARDEN, RED ROCK CORRECTIONAL CENTER,** | |
| Respondent. | |

Petitioner Anthony English seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Kern, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at Red Rock Correctional Center located in Eloy Arizona, which does not lie within the venue of this judicial district. See id. § 84(a).

Venue in a habeas action is proper in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L. R. 2254-3(a) & (b); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993).

Because the County of Kern lies within the Eastern

District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas Local Rule 2254-3(b) and in the interest of justice, the Court orders this Petition TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED  _09/24/2012_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.12\English v Stolc 12-4828-habeas-transfer-caed.wpd

2